IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-10685

---

JULIE DEFFENBAUGH WILLIAMS

> Plaintiff-Appellee
> Cross-Appellant

versus

WAL-MART STORES, INC, ET AL

> Defendants

WAL-MART STORES, INC

> Defendant-Appellant
> Cross-Appellee

- - - -
Appeals from the United States District Court for the
Northern District of Texas
- - - -

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion September 24, 1998, 5 Cir., 1998, _____F.3d____)

(February 26, 1999)

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

Chief Judge King is recused and did not participate in this decision.